UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                Hon. Robert J. Jonker

DENNIS KEITH WARDLAW, JR.,

                                Case No. 1:18-cr-00219

    Defendant.

_____/

## **ORDER**

This matter is before the Court on the government's motion for pretrial detention. The government sought defendant Dennis Keith Wardlaw's detention on the basis of that he poses a danger to the community, 18 U.S.C. § 1342(f)(1), and that he poses a significant risk of flight, 18 U.S.C. § 3142(f)(2)(A). The Court conducted an evidentiary hearing on October 17, 2018, at which defendant was represented by counsel.

Having considered the evidence presented at the hearing, the parties' oral submissions, and the information in the Pretrial Services Report, and for the reasons stated on the record, the Court finds that the government has proven by clear and convincing evidence that defendant poses a danger to the community. The Court finds, as explained on the record, that there is no condition or combination of conditions that will ensure the safety of the community.

Accordingly, IT IS ORDERED that defendant is committed to the custody of the Attorney General pending trial.

DONE AND ORDERED on October 18, 2018.

    /s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge